In the Matter of the Application of MARY V. GILLIGAN, Widow of THOMAS J. GILLIGAN, Former Police Inspector of the City of Buffalo, Petitioner, against THOMAS L. HOLLING, Mayor of the City of Buffalo, and Others, Constituting the Police Pension Board of the City of Buffalo, Respondents.— Determination annulled, without costs, and the matter remitted to the police pension board of the city of Buffalo, with instructions to make findings of fact in support of whatever determination it may reach on the evidence, with leave to any party appearing to introduce further evidence. We suggest that findings of fact on the following questions would be appropriate. 1. Did Thomas J. Gilligan suffer an injury on May 3, 1939? 2. If so, was such injury suffered while in the discharge of his duty as a police officer? 3. If so, did he die within one year after the said injury and as a result thereof? (*Matter of New York Water Service Corp.* v. *Water Power and Control Comm.*, 283 N. Y. 23; *Matter of Collins* v. *Behan*, 285 id. 187; *Matter of Raskin*, 243 App. Div. 561; *Matter of French* v. *Livingston*, 261 id. 1049.) All concur. (Proceedings in nature of certiorari under article 78 of Civil Practice Act to review the determination of respondents in denying petitioner's application for a pension.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN EDGEWORTH, Appellant, v. JOSEPH H. BROPHY, Esq., Warden of Auburn State Prison, Auburn, N. Y., Respondent.— Order affirmed, without costs. Memorandum: We regard the action of the court in reference to sentence on the first conviction as a suspension of sentence. All concur. (The order dismisses the writ and remands relator into custody in a habeas corpus proceeding.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

THOMAS DEWITT, Appellant, v. EVERETT PAIGE and ALICE M. PAIGE, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order sets aside the verdict of the jury in favor of plaintiff and grants a new trial in an automobile negligence action.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

In the Matter of the Judicial Settlement of the Accounts of CLARENCE W. McKAY, as Executor, etc., of JULIA E. T. NEWTON, Deceased.— Order affirmed, without costs. All concur. (The order denies motion of executor to amend the decree of judicial settlement of accounts of executor.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

METROPOLITAN LIFE INSURANCE COMPANY, Respondent, v. UNION TRUST COMPANY OF ROCHESTER, Appellant.— Orders, so far as appealed from, affirmed, with ten dollars costs and disbursements. All concur. (The portions of orders appealed from deny defendant's motions to examine plaintiff and witnesses before trial in an action to recover damages sustained in the purchase of mortgages on realty on which assessments had not been paid.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN VENCE, Appellant.— Judgment of conviction affirmed. All concur. (The judgment convicts defendant of the crime of violation of section 483 of the Penal Law.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.